AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

VISCO FINANCIAL SERVICES, LIMITED,

CASE NUMBER: 08CV4029

V.

ASSIGNED JUDGE: JUDGE KOCORAS

JOHN J. SIEGEL, JR.,

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

John J. Siegel, Jr.,      or      John J. Siegel, Jr.
2513 Woodbourne Avenue           1534 Starks Building
Louisville, Kentucky 40205       Louisville, Kentucky 40202
(Home Address)                   (Business Address)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald L. Johnson, P.C.
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_/s/_ _____        July 16, 2008
(By) DEPUTY CLERK                       Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE JULY 22, 2008 @ 9:30 AM |
| NAME OF SERVER *(PRINT)* JONATHAN HESSIG | TITLE SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN J. SIEGLE, JR 2513 WOODBOURNE AVENUE   LOUISVILLE, KY  40205

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 22, 2008
         Date                Signature of Server

**Hessig & Associates**
**3306 Collins Lane**
**Louisville, KY  40245**

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.