U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| VISCO FINANCIAL SERVICES, LIMITED, Plaintiff, v. JOHN J. SIEGEL, JR., Defendant. | 08 CV 4029 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**John J. Siegel, Jr.**

| NAME (Type or print) |
|---|
| Jonathan S. Goodman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Jonathan S. Goodman |
| FIRM |
| Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS |
| 225 West Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-1225 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256015 | (312) 201-2969 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐    N/A

American LegalNet, Inc.
www.USCourtForms.com