IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISCO FINANCIAL SERVICES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4029 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| JOHN J. SIEGEL, JR., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
FILE RESPONSIVE PLEADING TO COMPLAINT ON LOAN GUARANTY**

Defendant, John J. Siegel (**"Siegel"**), by his counsel Thomas I. Matyas and Jonathan S. Goodman, move this Court for an order granting him an additional thirty (30) days, until September 10, 2008, to file his responsive pleading to the Complaint on Loan Guaranty. In support of this motion, Siegel states as follows:

1. Plaintiff filed its Complaint on Loan Guaranty (the **"Complaint"**) on or about July 16, 2008 and served Siegel with the Summons and Complaint on July 22, 2008.

2. Accordingly, Siegel's responsive pleading to the Complaint was due on August 11, 2008.

3. Counsel for Siegel has conferred with counsel for Plaintiff with regard to Siegel's request for an extension of time to file his responsive pleading to the Complaint. The parties have agreed, subject to this Court's approval, that Siegel may have an additional thirty (30) days, until September 10, 2008, to file his responsive pleading to the Complaint.

4. A proposed Agreed Order regarding this requested extension is attached hereto as **Exhibit A**.

1901360-1

5.	As the Plaintiff has no objection to Siegel's request, and as the initial status hearing is not until September 11, 2008, there will be no prejudice to the parties by the entry of the requested order.

**WHEREFORE,** for the reasons set forth herein, Defendant John J. Siegel, Jr. respectfully requests that this Court grant his Motion for Extension of Time to File Responsive Pleading to the Complaint on Loan Guaranty, and granting Mr. Siegel an additional thirty (30) days, until September 10, 2008, to file his responsive pleading to the Complaint, to vacate any technical defaults against Mr. Siegel, and for such other relief as this Court deems just under the circumstances.

**DATED:**   August 13, 2008.              Respectfully submitted,

**JOHN J. SIEGEL, JR.**


By:  /s/ Jonathan S. Goodman
     One of His Attorneys

Thomas I. Matyas (#1796984)
Jonathan S. Goodman (#6256015)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH:  (312) 201-2000
FX:  (312) 201-2555

1901360-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VISCO FINANCIAL SERVICES, LTD., ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 4029 |
| ) | |
| v. ) | Judge Charles P. Kocoras |
| ) | |
| JOHN J. SIEGEL, JR., ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

      Jonathan S. Goodman, an attorney, hereby certifies that he caused a true and correct copy of a ***Notice of Motion*** and ***Motion for Extension of Time for Defendant to File Responsive Pleading to Complaint on Loan Guaranty*** to be served upon Donald L. Johnson, P.C. *(counsel for Plaintiff)*, LAW OFFICES OF DONALD L. JOHNSON, 33 North Dearborn Street, Suite 1401, Chicago, IL 60602, via electronic filing and United States Mail, first-class postage prepaid, on August 13, 2008.

**JOHN J. SIEGEL, JR.**

By: /s/ Jonathan S. Goodman
 One of His Attorneys

Thomas I. Matyas (#1796984)
Jonathan S. Goodman (#6256015)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555

1731238-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VISCO FINANCIAL SERVICES, LTD., | |
| Plaintiff, | No. 08 CV 4029 |
| v. | Judge Charles P. Kocoras |
| JOHN J. SIEGEL, JR., | Magistrate Judge Jeffrey Cole |
| Defendant. | |

# EXHIBIT A

## TO MOTION FOR EXTENSION OF TIME
## FOR DEFENDANT TO FILE RESPONSIVE PLEADING
## TO COMPLAINT ON LOAN GUARANTY

Thomas I. Matyas (#1796984)
Jonathan S. Goodman (#6256015)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH:  (312) 201-2000

FX: (312) 201-2555

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISCO FINANCIAL SERVICES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4029 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| JOHN J. SIEGEL, JR., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

**THIS CAUSE** coming to be heard before this Court on Defendant's *Motion for Extension of Time to File Responsive Pleading to Complaint on Loan Guaranty*, the Court being advised in the premises that Plaintiff Visco Financial Services, Ltd. agrees to the requested extension,

**IT IS HEREBY ORDERED** that:

Defendant John J. Siegel, Jr. has an additional thirty (30) days, until September 10, 2008, to file his responsive pleading to the Complaint on Loan Guaranty. Any technical defaults against Mr. Siegel are hereby vacated.

**ENTER:**

_____
Judge Charles P. Kocoras

**AGREED BY:**

| | |
|---|---|
| **VISCO FINANCIAL SERVICES** | **JOHN J. SIEGEL, JR.** |
| | |
| By: /s/ Donald L. Johnson | By: /s/ Jonathan S. Goodman |
| One of Its Attorneys | One of His Attorneys |
| | |
| Donald L. Johnson, Esq. | Thomas I. Matyas (#1796984) |
| 33 North Dearborn Street | Jonathan S. Goodman (#6256015) |
| Suite 1401 | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| Chicago, IL 60602 | 225 West Wacker Drive, Suite 2800 |
| PH: (312) 263-7000 | Chicago, IL 60606-1229 |
| FX: (312) 263-3051 | PH: (312) 201-2000 |
| | FX: (312) 201-2555 |