**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISCO FINANCIAL SERVICES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4029 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| JOHN J. SIEGEL, JR., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

**TO:**    Donald L. Johnson, P.C.
LAW OFFICES OF DONALD L. JOHNSON
33 North Dearborn Street, Suite 1401
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 20th day of August, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Hon. Judge Charles P. Kocoras, or any judge sitting in his stead, in the courtroom usually occupied by him (Room 1725) at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Motion for Extension of Time for Defendant to File Responsive Pleading to Complaint on Loan Guaranty*, a copy of which is attached hereto and hereby served upon you.

**DATED:**  August 13, 2008.                    **JOHN J. SIEGEL, JR.**


By:   /s/ Jonathan S. Goodman
One of His Attorneys

Thomas I. Matyas (#1796984)
Jonathan S. Goodman (#6256015)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH:  (312) 201-2000
FX:  (312) 201-2555

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VISCO FINANCIAL SERVICES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4029 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| JOHN J. SIEGEL, JR., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Jonathan S. Goodman, an attorney, hereby certifies that he caused a true and correct copy of a **Notice of Motion** and **Motion for Extension of Time for Defendant to File Responsive Pleading to Complaint on Loan Guaranty** to be served upon Donald L. Johnson, P.C. *(counsel for Plaintiff)*, LAW OFFICES OF DONALD L. JOHNSON, 33 North Dearborn Street, Suite 1401, Chicago, IL 60602, via electronic filing and United States Mail, first-class postage prepaid, on August 13, 2008.

JOHN J. SIEGEL, JR.

By:   /s/ Jonathan S. Goodman
One of His Attorneys

Thomas I. Matyas (#1796984)
Jonathan S. Goodman (#6256015)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH:  (312) 201-2000
FX:  (312) 201-2555