# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Visco Financial Services, Limited

                        Plaintiff,

v.                                            Case No.: 1:08−cv−04029

                                            Honorable Charles P. Kocoras

John J Siegel Jr

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendant's motion [10] for an extension of time to 9/10/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 8/20/2008, is stricken. Status hearing set for 9/11/2008 to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.