# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4029 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Visco Financial Services, Ltd. vs. Siegel | | |

**DOCKET ENTRY TEXT**

Donald L. Cox's motion [12] for leave to appear pro hac vice as additional counsel for defendant Siegel is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|