IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISCO FINANCIAL SERVICES, LTD. | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. 08 CV 4029 |
| | ) | |
| V. | ) | JUDGE CHARLES P. KOCORAS |
| | ) | |
| JOHN J. SIEGEL, JR. | ) | MAGISTRATE JUDGE JEFFREY COLE |
| | ) | |
| DEFENDANT | ) | |

### REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

On August 19, 2008, the Firm of Lynch, Cox, Gilman & Mahan, P.S.C. filed a Motion for Leave to Appear *Pro Hac Vice* along with a proposed Order for same. Due to a clerical error, there were two payments made of $50 each bearing the receipt numbers of 3033795 and 3033968. Receipt number 3033968 is a duplicate payment. The undersigned, Donald L. Cox, requests the Clerk to refund the amount of $50 on receipt number 303968 (attached) back to Lynch, Cox, Gilman & Mahan, P.S.C..

       /s/ Donald L. Cox
       Donald L. Cox
       Lynch, Cox, Gilman & Mahan, P.S.C.
       500 West Jefferson St., Ste. 2100
       Louisville, KY 40202
       Telephone: (502) 589-4215
       Facsimile: (502) 549-4994
       *Counsel for John J. Siegel, Jr.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon Donald L. Johnson (counsel for Plaintiff), LAW OFFICES OF DONALD L. JOHNSON, 33 North Dearborn St., Suite 1401, Chicago, IL 60602, via electronic filing and/or United States Mail, first class postage prepaid on this 25th day of August, 2008.

       /s/ Donald L. Cox
       Donald L. Cox

**Butler, Christy**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, August 19, 2008 4:45 PM |
| **To:** | Butler, Christy |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UTPC59
Agency Tracking ID: 07520000000003033968

Account Holder Name: Donald Cox
Transaction Type: Sale
Billing Address: 500 W. Jefferson Street Zip/Postal Code: 40202
Country: USA
Card Type: Master Card
Card Number: ************0388
Expiration Date: Sep, 2009
Payment Amount: $50.00
Transaction Date: Aug 19, 2008 4:45:09 PM